WILLIAM CURRY, Respondent, *v.* ELIZA HENRY et al., Appellants.

(Argued April 25, 1887; decided June 14, 1887.)

*F. E. Dana* for appellants.

*Thomas J. Tilney* for respondent.

Agree to affirm; no opinion.

All concur, except RUGER, Ch. J.; RAPALLO and DANFORTH, JJ., dissenting.

---

THOMAS HARBISON, Appellant, *v.* PHILIP VAN VALKENBURGH et al., Respondents.

(Argued June 6, 1887; decided June 14, 1887.)

*Nathaniel C. Moak* for appellant.

*Edward C. James* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

PAUL CUSHMAN, as Trustee, etc., Respondent, *v.* CHARLES E. LELAND, as Trustee, etc., Respondent, JENNIE E. RICHARDSON et al., Appellants.

(Argued June 6, 1887; decided June 14, 1887.)

*J. H. Clute* for appellants.

*Nathaniel C. Moak* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.